**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JUAN OCHOA LOPEZ** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-4285** |
| | : | |
| **J.L. JAMISON, ET AL.** | : | |

## ORDER

This 23rd day of June, 2026, it is further **ORDERED** that Respondents are **ENJOINED** from moving Petitioner outside the Commonwealth of Pennsylvania.

 /s/ Gerald Austin McHugh
United States District Judge